IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADAM BLUMBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-717(UNA)(MPT) |
| | ) | |
| - against - | ) | |
| | ) | **WAIVER OF SERVICE** |
| ANGELO R. MOZILO, HENRY G. | ) | **OF SUMMONS** |
| CISNEROS, ROBERT L. DONATO, | ) | |
| HARLEY W. SNYDER, JEFFREY M. | ) | |
| CUNNINGHAM, MARTIN R. MELONE, | ) | |
| ROBERT T. PARRY, OSCAR P. | ) | |
| ROBERTSON, KEITH P. RUSSELL, | ) | |
| MICHAEL E. DOUGHERTY, DAVID | ) | |
| SAMBOL, KATHLEEN BROWN, and | ) | |
| COUNTRYWIDE FINANCIAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   BIGGS AND BATTAGLIA
      BARRACK, RODOS & BACINE

The undersigned defendants acknowledge receipt of your request that we waive service of a summons in the above entitled action, *Adam Blumberg v. Angelo R. Mozilo, et al.*, Case No. 07-717 (UNA)(MPT) in the United States District Court for the District of Delaware. We have also received a copy of the complaint in the action, two copies of this instrument, and a means by which we can return the signed waiver to you without cost to us.

We agree to save the cost of service of the summons and an additional copy of the complaint in this lawsuit by not requiring that we be served with judicial process in the manner provided by Rule 4.

RLF1-3229081-1

We will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons.

We understand that a judgment may be entered against us if an answer or a motion under Rule 12 is not served upon you within 60 days after November 9, 2007.

Date: November 30, 2007

Defendants, COUNTRYWIDE FINANCIAL CORP., ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT J. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON KEITH P. RUSSELL, DAVID SAMBOL,

By their Attorneys:

/s/ Thomas A. Beck

Thomas A. Beck (#2086)
beck@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
Telephone: 302.651.7700

OF COUNSEL:
Brian E. Pastuszenski
Stuart M. Glass
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02109
Telephone: 617.570.1000

**Duty To Avoid Unnecessary Costs Of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the united States who, after being notified of an action and asked by a plaintiff located in the United States to wive service of a summons, fails to do so will be required to bear the cost of such service unless good cause can be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Edward P. Welch, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 9801

**BY HAND DELIVERY**
Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19801

Steven J. Fineman (#4025)

RLF1-3229301-1