IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADAM BLUMBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-717-***-MPT |
| | ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, | ) | |
| ROBERT L. DONATO, HARLEY W. SNYDER, | ) | |
| JEFFREY M. CUNNINGHAM, MARTIN R. | ) | |
| MELONE, ROBERT T. PARRY, OSCAR P. | ) | |
| ROBERTSON, KEITH P. RUSSELL, MICHAEL | ) | |
| E. DOUGHERTY, DAVID SAMBOL, | ) | |
| KATHLEEN BROWN, and COUNTRYWIDE | ) | |
| FINANCIAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that:

1.     Defendants' response to the Verified Complaint presently is due on or before January 8, 2008 pursuant to Rule 4 of the Federal Rules of Civil Procedure.

2.     Counsel for Plaintiff has identified this Action as related to *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Angelo R. Mozilo, et al.*, C.A. No. 07-372-*** (MPT) ("IBEW Case"), which was filed on June 12, 2007 and is pending in this Court.

3.     On November 8, 2007, counsel for Plaintiff advised counsel for Defendants that it intends to file a motion to consolidate the two actions and, if the actions are consolidated, will file a consolidated amended complaint.  Defendants do not oppose consolidation of the present case with the first-filed *IBEW* Case.

4.     Accordingly, in the interest of efficiency, the parties have agreed that Defendants need not respond to the Verified Complaint in the present action and shall have sixty (60) days

after service of any consolidated amended complaint to move, answer or otherwise respond to such

consolidated amended complaint.  In the event that the present case and the *IBEW* Case are not

consolidated, the parties shall meet and confer on a reasonable schedule for Defendants to respond

to the Verified Complaint.

     5.     On November 13, 2007, the Court ordered a scheduling stipulation in the *IBEW*

case with similar terms as the ones contained herein.

Defendants, COUNTRYWIDE FINANCIAL CORP.,
ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT
J. DONATO, HARLEY W. SNYDER, JEFFREY M.
CUNNINGHAM, MARTIN R. MELONE, ROBERT T.
PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL,
DAVID SAMBOL,

By their attorneys,

Dated:  November 30, 2007

     /s/ Steven J. Fineman #4025
Thomas A. Beck (#2086)
beck@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19801
Telephone:  302.651.7700

OF COUNSEL
Brian E. Pastuszenski
Stuart M. Glass
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02109
Telephone:  617.570.1000

Defendants, MICHAEL E. DOUGHERTY and KATHLEEN
BROWN,

2

By their attorneys,


Dated:  November 30, 2007              _____/s/ Edward P. Welch # 671_____
                                       Edward P. Welch (#671)
                                       ewelch@skadden.com
                                       Edward B. Micheletti (#3794)
                                       emich@skadden.com
                                       SKADDEN, ARPS, SLATE, MEAGHER
                                       & FLOM LLP
                                       One Rodney Square
                                       Wilmington, DE  19801
                                       Telephone: 302.651.3060


                                       Plaintiff, ADAM BLUMBERG,

                                       By his attorneys,


Dated:  November 30, 2007              _____/s/ Robert D. Goldberg #631_____
                                       Robert D. Goldberg (#631)
                                       Goldberg@batlaw.com
                                       BIGGS and BATTAGLIA
                                       921 North Orange Street
                                       P.O. Box 1489
                                       Wilmington, DE  19899
                                       Telephone:  302.655.9677

                                       OF COUNSEL
                                       BARRACK, RODOS & BACINE
                                       Alexander Arnold Gershon
                                       Regina M. Calcaterra
                                       Gloria Kui
                                       1350 Broadway, Suite 1001
                                       New York, NY  10018
                                       212.688.0782

                                       BARRACK, RODOS & BACINE
                                       Daniel Bacine
                                       Two Commerce Square
                                       2001 Market Street, Suite 3300
                                       Philadelphia, PA  19103
                                       215.963.0600

RLF1-3229078-1

**SO ORDERED**, this ___ day of _____ 2007.

_____
United States District Judge