**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00372 *** (MPT)  **Jury Trial Demanded** |
| Defendants. | ) ) | |
| ADAM BLUMBERG, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00717 *** (MPT)  **Jury Trial Demanded** |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, two true copies of the attached **Plaintiffs' Motion to Consolidate Related Cases, Opening Brief in Support of Plaintiffs' Motion to Consolidate Related Cases, Declaration of Alexander Arnold Gershon in Support of Plaintiffs' Motion to Consolidate Related Cases, Exhibit A and Certificate Pursuant to District Court of Delaware Local Rule 7.1.1.** was electronically filed and forwarded via first-class mail and hand delivery to the following:

*Via Hand Delivery*
Steven J. Fineman, Esquire
Thomas A. Beck, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Brian E. Pastuszenski, Esquire
Stuart M. Glass, Esquire
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02113

*Via Hand Delivery*
Edward B. Michelete, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19899

**BIGGS and BATTAGLIA**
By: /s/ Robert D. Goldberg
Robert D. Goldberg (I.D. No. 631)
921 North Orange Street
PO Box 1489
Wilmington, DE  19899-1489
Tel:  (302) 655-9677
Fax: (302) 655-7924
goldberg@batlaw.com
Attorney for Plaintiffs

December 21, 2007