**BIGGS AND BATTAGLIA**
ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

Writer's Direct E-mail: Goldberg@batlaw.com

January 18, 2008

**Via E-File**
The Honorable Mary Pat Thynge
c/o United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

    Re:   International Brotherhood of Electrical Workers Local 98 Pension Fund v. Angelo R. Mozilo, et. al., CA No. 07 – 00372 *** (MPT)
             Adam Blumberg v. Angelo R. Mozilo, et. al. CA No. 07 – 00717 *** (MPT)

Dear Judge Thynge:

    Plaintiffs are in receipt of the letter filed by Mr. Fineman and his accompanying Motion requesting that this Court enter an Order Staying Plaintiffs' Motion for Partial Summary Judgment in the above two matters. Mr. Fineman also requests that the Court convene a telephone conference at your Honor's earliest convenience.

    On behalf of Plaintiffs, we intend to respond to the Motion and expect to have our papers to the Court by end of business Tuesday, February 22, 2008. We ask that the Court schedule any conference thereafter. Further, because of the complexity of the issues involved, we believe that an in person conference would be more helpful to the Court in understanding the issues involved and the parties' positions on them. Accordingly, Plaintiffs respectfully request an in person conference with the Court to discuss the issues raised.

    We are available at the Court's convenience.

                                                Respectfully submitted,

                                               Robert D. Goldberg

RDG/rc
cc:   Edward Micheletti, Esquire
       Steven J. Fineman, Esquire