**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
Fineman@rlf.com

January 30, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Angelo R. Mozilo, et al.,* C.A. No. 07-372 *** (MPT) and *Adam Blumberg v. Angelo R. Mozilo, et al.*, C.A. No. 07-717 *** (MPT)

Dear Magistrate Judge Thynge:

    We are counsel for defendants Angelo Mozilo, Henry Cisneros, Robert Donato, Harley Snyder, Jeffrey Cunningham, Martin Melone, Robert Parry, Oscar Robertson, Keith Russell, David Sambol and nominal Defendant Countrywide Financial Corporation ("Countrywide" or the "Company" and collectively "Defendants") in the above-referenced actions. Enclosed please find Defendants' proposed order in the above-captioned matters denying plaintiffs' motion for partial summary judgment and setting forth an initial schedule.

    We are available at the Court's convenience should Your Honor have any questions about the proposed order.

    Respectfully,

    *Steven J. Fineman* (#4025)

    Steven J. Fineman (#4025)

SJF/lll
Enclosure

cc:    Robert D. Goldberg, Esquire (By CM/ECF and Hand Delivery)
       Edward Micheletti, Esquire (By CM/ECF and Hand Delivery)
       Alexander Arnold Gershon, Esquire (By E-mail)
       Brian E. Pastuszenski, Esquire (By E-mail)
       Thomas A. Beck, Esquire

RLF1-3248689-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND,<br><br>Plaintiff,<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-372-*** |
| ADAM BLUMBERG,<br><br>Plaintiff,<br><br>v.<br><br>NGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-717-*** |

**[PROPOSED] ORDER**

WHEREAS on January 15, 2008, plaintiffs in the above-entitled actions filed a motion for partial summary judgment ("Motion for Partial Summary Judgment");

RLF1-3248393-1

WHEREAS, on January 18, 2008, defendants Countrywide Financial Corporation ("Countrywide") Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and David Sambol filed an emergency motion to stay the motion for partial summary judgment ("Motion to Stay");

WHEREAS defendants Michael Dougherty and Kathleen Brown joined in the Motion to Stay;

WHEREAS plaintiffs on January 22, 2008 filed an opposition to the Motion to Stay; and

WHEREAS on January 24, 2008, the Court heard argument from counsel for the parties on the Motion to Stay;

NOW THEREFORE having considered the written submissions and oral argument of the parties, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' Motion for Partial Summary Judgment is denied as premature, with leave to re-file if and when appropriate. The Court notes, among other things, that it has not yet determined if subject matter jurisdiction exists over the claims at issue, mindful of Defendants' stated intention to move to dismiss these actions on the grounds that plaintiffs did not make demand on the Countrywide board of directors prior to filing these cases. The Court also notes that it appears discovery would be appropriate in these actions prior to the consideration and disposition of any motion for summary judgment.

2. Plaintiffs shall file a consolidated amended complaint on or before February 13, 2008.

3. Defendants shall move, answer or otherwise respond to the consolidated amended complaint on or before February 27, 2008.

4.	Defendants shall file any motions to transfer venue on or before February 27, 2008.

5.	In the event that defendants file any motions to dismiss or motions to transfer venue, plaintiffs shall file any opposition briefs on or before March 12, 2008, and defendants shall file any reply briefs on or before March 26, 2008.

6.	The parties shall confer regarding the timing of any discovery.

SO ORDERED this _____ day of _____, 2008.

                                                      _____
The Honorable Mary Pat Thynge
United States Magistrate Judge